# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## PENSACOLA DIVISION

GAYE LYNN DILEK BREWER,

     Plaintiff,

v.                                                           Case No. 3:16cv651-MCR-CJK

UNITED STATES DEPARTMENT OF
EDUCATION, et al.,

     Defendants.

_____/

# O R D E R

This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation dated December 9, 2016.  ECF No. 3.  The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a *de novo* determination of any timely filed objections.

Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1.      The Magistrate Judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2.      This case is **DISMISSED**.

3.      The clerk is directed to close the file.

**DONE AND ORDERED** this 3rd day of January, 2017.


_s/ M. Casey Rodgers_

**M. CASEY RODGERS**
**CHIEF UNITED STATES DISTRICT JUDGE**